IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ASGAR KHOSRAVIFAR, <br><br> Defendant. | 4:23-po-05097-JTJ-1 <br><br><br> **ORDER** |

IT IS HEREBY ORDERED that the motion for dismissal or on-phone court hearing (Doc. 3) is DENIED as MOOT.

DATED this 20th day of September, 2023.

John Johnston
United States Magistrate Judge